UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELA BLANCO,<br><br>    Plaintiff,<br><br>v<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. SACV15-1656 SP<br><br>ORDER<br>AWARDING EQUAL ACCESS<br>TO JUSTICE ACT ATTORNEY<br>FEES AND COSTS |

    Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

    IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of THREE THOUSAND NINE HUNDRED TWENTY-TWO DOLLARS and SEVENTY CENTS ($3,922.70), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: February 7, 2017

_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

1